# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:24-cv-06964-ARW-JTG<br><br>The Honorable Andrea R. Wood<br><br>The Honorable Magistrate Jeffrey T. Gilbert |

## CERTIFICATE OF SERVICE

1. On September 19, 2024, the Court authorized Roadget to "provide notice of the proceedings in this case to Defendants . . . by sending an e-mail to any e-mail addresses provided for Defendants by third parties." Dkt. 19 at 6.

2. On October 1, 2024, counsel for Plaintiff Roadget Business Pte. Ltd. sent, via email, Plaintiff's Complaint, and the Court's September 19, 2024 Temporary Restraining Order (Dkt. 19) to the e-mail addresses provided for Defendants by third-party online marketplace platform Temu. *See* Dkt. 25-3–25-22.

3. On October 4, 2024, counsel for Plaintiff Roadget Business Pte. Ltd. sent, via email, notice that the Court's Temporary Restraining Order (Dkt. 19) had been extended to October 17, 2024, and that telephonic status hearing was set for October 17, 2024 at 9:00 AM (Dkt. 24). *See* Dkt. 25-3–25-22.

1

4. On October 10, 2024, counsel for Plaintiff Roadget Business Pte. Ltd. sent, via email, copies of its Motion for Entry of a Preliminary Injunction, as well as the Memorandum of Law, Declaration, and Exhibits in support thereof, on Defendant Nos. 2, 3, 6, 7, 9, 10, 16 on Schedule A to the e-mail addresses provided for Defendants by third-party online marketplace platform Temu.

5. On October 11, 2024, counsel for Plaintiff Roadget Business Pte. Ltd. sent copies of its Motion for Entry of a Preliminary Injunction, as well as the Memorandum of Law, Declaration, and Exhibits in support thereof, to attorneys who represented to Plaintiff's counsel that they represent Defendant Nos. 1, 4, 5, 8, 11, 13, 14, 15, 19, and 20, and Defendant Nos. 12, 17, and 18, respectively, and are authorized to accept service on their behalf.

October 16, 2024                             Respectfully submitted,

                                             By: */s/ Sara Dennis*
                                               Sara Dennis
                                               sdennis@cov.com
                                               Jonathan M. Sperling (*pro hac vice*
                                               forthcoming)
                                               jsperling@cov.com
                                               Phillip A. Hill
                                               pahill@cov.com
                                               COVINGTON & BURLING LLP
                                               The New York Times Building
                                               620 Eighth Avenue
                                               New York, NY 10018-1405
                                               (212) 841-1000

                                               Kevin B. Collins
                                               kcollins@cov.com
                                               Yuval Mor (*pro hac vice* forthcoming)
                                               ymor@cov.com
                                               COVINGTON & BURLING LLP
                                               One CityCenter
                                               850 Tenth St., NW
                                               Washington, DC 20001
                                               (202) 662-6000

                                               Taylor N. Mullaney
                                               taylormullaney@quinnemanuel.com
                                               QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP
                                               191 N. Wacker Dr., Suite 2700
                                               Chicago, IL 60606
                                               (312) 705-7400

                                               *Counsel for Plaintiff
                                               Roadget Business Pte. Ltd.*